# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | JOSHUA J. & JENNY C. PELAGIO |
| **Case Number:** | 2:09-bk-01597-SSC  **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 15, 2009 01:30 PM  7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BANK OF AMERICA

R / M #:  51 / 0

## Appearances:

LEONARD J. MCDONALD, ATTORNEY FOR BANK OF AMERICA

## Proceedings:

Mr. McDonald indicated that this matter has not been resolved. He stated that the debtor is delinquent from March, 2009 forward and there is no sale pending. He also noted that the debtors no longer contest the motion.

COURT: IT IS ORDERED VACATING THE STAY. COUNSEL MAY UPLOAD A FORM OF ORDER.