```
IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.

Dated: December 30, 2009
```


_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-18571/17152851

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Joshua J. Pelagio and Jenny C. Pelagio<br>      Debtors.<br>_____<br>Bank of America, National Association as seccessor by merger to LaSalle Bank National Association, as Trustee for the C-Bass Mortgage Loan Asset-BAcked Certificates, Series 2006-CB7<br>      Movant,<br>vs.<br><br>Joshua J. Pelagio and Jenny C. Pelagio, Debtors; Office of the US Trustee, Trustee.<br><br>      Respondents. | No. 2:09-bk-01597-SSC<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket # 51) |

This matter having come before the Court for a Preliminary Hearing on December 15, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtors not appearing and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated , and recorded on , in the office of the Maricopa County Recorder at  wherein Bank of America, National Association as seccessor by merger to LaSalle Bank National Association, as Trustee for the C-Bass Mortgage Loan Asset-BAcked Certificates, Series 2006-CB7 is the current beneficiary and Joshua J. Pelagio and Jenny C. Pelagio have an interest in, further described as:

LOT 44, OF GREER RANCH SOUTH PARCEL 19, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY. ARIZONA, RECORDED IN BOOK 671 OF MAPS. PAGE 27.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ___ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT